**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**<u>ELECTRONIC FILING ORDER IN CIVIL CASES</u>**

      The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

      1.    Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

      2.    Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

      All documents (including briefs and exhibits) relating to the following:

      a.    Applications for temporary restraining orders, preliminary injunctions, or prejudgment remedies;

      b.    Dispositive motions (motions to dismiss, for judgment on the pleadings, or for summary judgment);

      c.    Requested jury instructions;

      d.    Joint Trial Memorandum;

      e.    Trial briefs, including proposed findings of fact and conclusions of law; and

      f.    Any other motion, request or application which, taken together with all related filings (<u>e.g.</u>, memorandum in support and affidavits), is in excess of 10 pages.

**IT IS SO ORDERED.**

                                                                                 /s/ Christopher F. Droney
                                                                                 CHRISTOPHER F. DRONEY
                                                                                 UNITED STATES DISTRICT JUDGE